**JAMES M. BRANDEN, ESQ.**
ATTORNEY AT LAW
80 BAY STREET LANDING, SUITE 7J
STATEN ISLAND, NEW YORK 10301
(212) 286-0173
—
FACSIMILE (212) 481-8250

December 10, 2024

```
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

Re:   United States v. Ismet Korac,
      Docket No. 24-2195

Dear Clerk:

    I represent Mr. Korac, appellant, in the above-referenced
matter.  I have requested the needed minutes, but have not yet
received them.  Upon receipt of the needed minutes, I will
notify the Court of the time I seek to perfect the appeal.

                                 Very truly yours,


                                 _____/s/_____
                                 James M. Branden
```